DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

KAURA LEE BOLLA,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-0381
_____

November 26, 2025

Appeal from the Circuit Court for Hillsborough County; Barbara Twine-Thomas, Judge.

Blair Allen, Public Defender, and Clark E. Green, Assistant Public Defender, Bartow, for Appellant.


PER CURIAM.

Affirmed.

KELLY, MORRIS, and SLEET, JJ., Concur.

_____

Opinion subject to revision prior to official publication.